IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL A THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-2357 |
| | : | |
| WELLS FARGO BANK, N.A., et al. | : | |

### ORDER

**Chief Judge Juan R. Sánchez**                                                                                   October 28, 2022

AND NOW, this 28th day of October, 2022, upon consideration of Defendant Wells Fargo's Motion to Dismiss [Document No. 16] and Plaintiff Carl Thomas' opposition thereto, it is hereby ORDERED the motion is GRANTED.

It is further ORDERED Thomas' Motion for Discovery [Document No. 15], Motion for Summary Judgment [Document No. 19], and Motion to Strike [Document No. 23] are DISMISSED AS MOOT.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.